# Exhibit No. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NADIA ZAGHLOUL**

    **Plaintiff,**

v

**Case No. 8:09-CV-00128-JDW-MAP**
**Hon.**

**FAIR COLLECTIONS AND OUTSOURCING,**

    **Defendant.**

_____/

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, P.C., <br> BRIAN P. PARKER (0980668) <br> Attorney for Plaintiff <br> 30700 Telegraph Road, Suite 1580 <br> Bingham Farms, MI 48025 <br> Tel: (248) 642-6268 <br> Fax: (248) 642-8875 <br> lemonlaw@ameritech.net <br> www.collectionstopper.com | GOLDEN & SCAZ, PLLC <br> DALE T. GOLDEN (0094080) <br> Attorney for Defendant <br> 2124 W. Kennedy Blvd., Ste. A <br> Tampa, FL 33606 <br> Tel: (813) 251-5500 <br> Fax: (813) 251-3675 <br> dale.golden@goldenscaz.com |

_____/

## **AFFIDAVIT OF BRIAN PARKER**

STATE OF MICHIGAN    )

**COUNTY OF OAKLAND** )

Brian Parker, Esq., first being duly sworn and upon oath, deposes and says as follows:

1. I have practiced extensively in the area of consumer law, warranty ("lemon") law, FCRA and FDCPA law for over sixteen years in Michigan and Florida. I have handled thousands of consumer claims. I have had my Florida license since September of 1993.

2. I have acted as an expert in warranty and consumer protection cases and have participated in unanimous approval of market rate attorney fees for plaintiff's attorneys.

3. I was named Lawyer of the Year by Michigan Lawyers Weekly (December 14, 1998 edition).

4. I have lectured throughout the United States on warranty and consumer protection lawsuits.

5. I have appeared before the United States Senator John McCain's Commerce Committee, met with him and also appeared in hearings in front of the Michigan House and Senate.

6. I have lectured for the Institute for Continuing Legal Education (ICLE).

7. I have appeared as a guest on radio talk shows involving "Lemon Law."

8. I have spoken to various community organizations concerning Consumer Rights issues.

9. I have attended NACA 3rd Annual Conference on Fair Credit Reporting Act: Litigating Accuracy Issues with Credit Reporting Agencies in March of 2003 in Orlando, Florida. Same attorneys that do FDCPA also do FCRA and the statutes are intertwined in the teachings at the conference.

10. I have attended the "Fair Debt Collection Practices Training Conference" on February 21-22, 2004 in Kansas City, MO. Total FDCPA teaching.

11. Member of National Association of Consumer Advocates.

12. I have attended NACA 4th Annual Conference on Fair Credit Reporting Act: Litigating Accuracy Issues with Credit Reporting Agencies on May 14-16, 2004 Chicago, Illinois. Same attorneys that do FDCPA also do FCRA and the statutes are intertwined in the teachings at the conference.

13. I have attended NACA Consumer Rights Litigation Conference in Boston, November 5-8, 2004. Attended classes on FDCPA and FCRA.

14. I have attended NACA Consumer Rights Litigation Conference in New Orleans in July of 2005. Attended more classes on FDCPA and FCRA.

15. I have attended "Collection Law from Start to Finish" which is a seminar for Defense attorneys and debt collectors in November of 2006.

16. I have attended Pete Barry's FDCPA Boot Camp, an intense litigation program on suing debt collectors March 28-31, 2008 in Nashville, Tennessee.

17. I am familiar with the fees charged by other consumer attorneys for similar work, which fees range approximately $250 to $400 per hour.

18. My normal hourly rate for consumer cases in my retainer agreement is currently $350.00 per hour. I have tried and won Eight of these FDCPA cases. We have since filed over Fifteen Hundred FDCPA cases.

19. My attorney fees and costs in this case are reasonable given the complexity of issues presented and the research necessary to initiate and prosecute Plaintiff's consumer's claims under the FDCPA and FCCPA.

20. My relationship with my client is excellent.

21. I am a member of the Northern District of Florida, Middle District, Southern District, Eastern District of Michigan and Western District of Michigan Federal District Courts.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Brian Parker

Subscribed and sworn to before me
this 18 day of January, 2010.

_____
Notary Public

Ominique Rogers
Notary Public of Michigan
Oakland County
Expires 10/15/2013
Acting in the County of Oakland