UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NADIA ZAGHLOUL,

        Plaintiff,

v.                                                    CASE NO: 8:09-CV-128-T-27MAP

FAIR DEBT COLLECTIONS
AND OUTSOURCING,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Petition for Costs and Fees (Dkt. 24) be granted in part (Dkt. 36). Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved. Accordingly, the Report and Recommendation (Dkt. 36) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Plaintiff's Petition for Costs and Fees (Dkt. 24) is **GRANTED** in part to the extent that Plaintiff is awarded attorney's fees in the amount of $8,204.00 and costs in the amount of $716.

**DONE AND ORDERED** in chambers on this 26th day of April, 2010.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to: Counsel of Record